JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Sterik West Slauson, LP, a Delaware Limited Partnership; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 20-7442-GW-PJWx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 18, 2020<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendant Sterik West Slauson LP ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: February 4, 2021

_____
HON. GEORGE H. WU,
United States District Judge